**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DR. KAREN SHIMSHAK | : | Case No. C-1-01-853 |
| | : | J. Beckwith; M.J. Sherman |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CINCINNATI EYE INSTITUTE | : | **DISMISSAL ENTRY** |
| | : | |
| Defendant. | : | |

      By agreement of the parties, this action is hereby dismissed with prejudice at

Plaintiff's costs.

     s/Sandra S. Beckwith
     Sandra S. Beckwith
     United States District Judge


| | |
|---|---|
| /s/ Megan E. Clark | /s/ Cynthia L. Gibson |
| Megan E. Clark (0065159) | Cynthia L. Gibson (0041866) |
| Randolph H. Freking (0009158) | Wijdan Jreisat (0063955) |
| Freking & Betz | Trial Attorneys for Defendant |
| Trial Attorneys for Plaintiff | Katz, Teller Brant & Hild |
| 215 East Ninth Street | 255 East Fifth Street, Suite 2400 |
| Fifth Floor | Cincinnati, OH  45202 |
| Cincinnati, OH  45202 | (513) 721-4532 |
| (513) 721-1975 | (513) 721-7120 (facsimile) |
| randy@frekingandbetz.com | cgibson@katzteller.com |